

CHARLES H. CHEVALIER
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4611 Fax: (973) 639-6263
cchevalier@gibbonslaw.com

February 20, 2023

**VIA ECF**

Honorable Karen M. Williams, U.S.D.J.
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets
Camden, New Jersey 08101

   Re: *Chiesi USA Inc. et al.* **v.** *Eugia Pharma Specialities Limited (a.k.a. Eugia Pharma Specialties Limited) et al.*
     **Civil Action No.: 1:23-cv-00022-KMW-MJS**

Dear Judge Williams:

  This firm, together with Quinn Emanuel Urquhart & Sullivan, LLP, represents Plaintiffs Chiesi USA, Inc. and Chiesi Farmaceutici S.p.A. (together, "Plaintiffs") in the above-referenced matter. With Pergament & Cepeda LLP, counsel for Defendants Eugia Pharma Specialities Limited (a.k.a. Eugia Pharma Specialties Limited), Eugia US LLC, and Aurobindo Pharma Limited, (together, "Defendants"), we write to submit the attached Consent Judgment for the Court's consideration. If your Honor finds the Consent Judgment acceptable, the parties respectfully request that Your Honor execute the document and direct its entry on the docket.

  The parties thank the Court for its time and assistance in this matter. Should the Court require anything further, the parties will make themselves available at the Court's convenience.

           Respectfully submitted,

             s/ Charles H. Chevalier
           Charles H. Chevalier

Attachment
cc: All counsel of record (via ECF and email)