## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHIESI USA, INC.** and **CHIESI FARMACEUTICI S.P.A.**<br><br>　　　　　**Plaintiffs,**<br><br>　　v.<br><br>**EUGIA PHARMA SPECIALITIES LIMITED, (A.K.A. EUGIA PHARMA SPECIALTIES LIMITED), EUGIA US LLC,** and **AUROBINDO PHARMA LIMITED,**<br><br>　　　　　**Defendants.** | **Civil Action No. 23-22 (KMW)(MJS)** |

## CONSENT JUDGMENT

Plaintiffs Chiesi USA, Inc. and Chiesi Farmaceutici S.p.A. (collectively, "Chiesi") and Defendant Eugia Pharma Specialities Limited ("Eugia"), the parties in the above-captioned action, hereby stipulate and consent to entry of judgment and an injunction in this action as follows:

IT IS this __ day of _____, 2023:

ORDERED, ADJUDGED, AND DECREED as follows:

1. This Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties.

2. As used in this Consent Judgment, the term "Eugia ANDA Product" shall mean a drug product manufactured, imported, sold, offered for sale, marketed, or distributed pursuant to Abbreviated New Drug Application No. 217986 in or for the United States of America, including its territories, possessions, and the Commonwealth of Puerto Rico.

3. As used in this Consent Judgment, the term "Licensed Patents" shall mean U.S. Patent Nos. 8,680,052; 9,295,687; 9,427,448; 9,439,921; 9,700,575; 9,925,265; and 10,039,780.

4. Until expiration of the Licensed Patents, Eugia, including any of its successors and assigns, is enjoined from infringing the Licensed Patents, on its own part or through any third party on its behalf, by making, having made, using, selling, offering to sell, importing, or distributing of the Eugia ANDA Product in or for the United States of America, including its territories, possessions, and the Commonwealth of Puerto Rico, except as specifically authorized by Chiesi.

5. Compliance with this Consent Judgment may be enforced by Chiesi and its respective successors in interest or assigns.

6. This Court retains jurisdiction to enforce the terms of this Consent Judgment and to enforce and resolve any disputes related thereto.

7. All claims, counterclaims, affirmative defenses and demands in this action are hereby dismissed with prejudice and without costs, disbursements, or attorneys' fees to any party.

8. Nothing herein prohibits or is intended to prohibit Eugia from maintaining any "Paragraph IV Certification" pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) or pursuant to 21 C.F.R. § 314.94(a)(12) with respect to the Licensed Patents.

9. Nothing herein restricts or is intended to restrict the U.S. Food and Drug Administration from approving Abbreviated New Drug Application No. 217986 or the Eugia ANDA Product.

                                                                                                                 _____
Hon. Karen M. Williams, U.S.D.J.

- 3 -

We hereby consent to the form and entry of this Judgment:

Dated: February 20, 2023

| | | | |
|---|---|---|---|
| By: | s/ Charles H. Chevalier<br>Charles H. Chevalier<br>GIBBONS P.C.<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br><br>*Attorneys for Plaintiffs* | By: | s/ Dmitry Shelhoff<br>Dmitry Shelhoff<br>PERGAMENT & CEPEDA LLP<br>25A Hanover Road<br>Florham Park, New Jersey 07932<br><br>*Attorneys for Defendant* |